# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

SANDRA I. HINMAN,                 )
                                  )
            Plaintiff,            )
                                  )
-vs-                              )      Case No.  CIV-09-136-F
                                  )
MICHAEL J. ASTRUE,                )
Commissioner of the Social        )
Security Administration,          )
                                  )
            Defendant.            )

## ORDER

On March 29, 2010, United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation, wherein she recommended that defendant's decision denying plaintiff's application for supplemental security income benefits be reversed and that the matter be remanded for further administrative proceedings. Magistrate Judge Couch advised the parties of their right to object to the Report and Recommendation by April 19, 2010, and further advised the parties that failure to file a timely objection waives their right to appellate review of the factual and legal issues therein addressed.

To date, no objection to the Report and Recommendation has been filed, and no request for an extension of time to object has been filed. With no objection being filed by either party within the time prescribed, the court accepts, adopts, and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Valerie K. Couch on March 29, 2010 (doc. no. 25) is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**. The decision of defendant, Michael J. Astrue,

Commissioner of the Social Security Administration, is **REVERSED**, and this matter is **REMANDED** to the defendant for further administrative proceedings pursuant to sentence four of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Judgment shall issue forthwith.

DATED April 20, 2010.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0136p002.wpd